**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JOSEPH E. ALTIER,**

       **Plaintiff,**

**v.**                                                                            **Case No:   6:16-cv-1752-Orl-37TBS**

**SUNTRUST MORTGAGE, INC.,
SUNTRUST BANK, GOSHEN
MORTGAGE LLC, PLANET HOME
LENDING, LLC, CHRISTIANA TRUST
and JOHN DOES 1-5,**

       **Defendants.**

_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntarily Dismissal with Prejudice (Doc. 43), filed December 8, 2016.   No answer has been filed.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**.   The Clerk is directed to terminate all motions and deadlines and close the file.

**DONE AND ORDERED** at Orlando, Florida this 22nd day of December, 2016.

ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record