UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH E. ALTIER,

    Plaintiff,

v.

**Case No.:** 6:16-CV-1752-ORL-37TBS

SUNTRUST MORTGAGE INC;
SUNTRUST BANK;
GOSHEN MORTGAGE, LLC;
PLANET HOME LENDING, LLC;
CHRISTIANA TRUST;
JOHN DOES 1-5,

    Defendant(s).

_____/

## NOTICE OF DISSOLUTION OF LIS PENDENS

    Plaintiff, JOSEPH E. ALTIER, by and through the undersigned counsel, hereby gives notice of the Dissolution of the Lis Pendens filed on October 26, 2016 in this case, against all Defendants as to the property described as follows:

    LOT 26A, PALMA VISTA RETREAT, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 29, PAGE 45, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA

    Respectfully Submitted,

    /s/Kelley A. Bosecker
    Kelley A. Bosecker
    Attorney at Law
    1400 Gandy Boulevard, #706
    St. Petersburg, Florida 33702
    813-334-1745
    Fax: 727-258-8699
    Florida Bar No. 0443931
    Attorney for Plaintiff
    sbosecker@tampabay.rr.com
    kbosecker@tmo.blackberry.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail and/or Email to: Justin M. Luna, Esq, Daniel A. Velasquez, Esq., Attorneys for Goshen Mortgage, LLC,  Latham, Shuker, Eden & Beaudine, LLP, 111 N. Magnolia Avenue, Suite 1400, Orlando, Florida 32801, jluna@lseblaw.com, wirvera@lseblaw.com and bnotice@lseblaw.com; Anastasia B. Wohar, Esq., Jacob E. Mitrani, Esq., Liebler, Gonzalez & Portuondo, PA, Attorneys for SunTrust Mortgage, LLC, 44 West Flagler Street, Suite 2500, Miami, Florida 33130, jem@lgplaw.com and Joseph Towne, Esq., Lender Legal Services, LLC, 201 E Pine St., Ste. 730, Orlando, FL 32801, jtowne@lenderlegal.com on this 1st day of February 2017.

/s/Kelley A. Bosecker
Kelley A. Bosecker
Attorney at Law